# Micah Kwasnik, Esq.
## 33-39 80th Street #22
## Jackson Heights, NY 11372
## Tel. 917 533-6822
## Fax 347 738-5502
## micahkwasnik@yahoo.com

DATE: 8/25/14

TO: Chief United States Magistrate Judge Steven M. Gold
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Ali Alkaifi v. The City of New York, et al.
CV-14-2680 (RJD)

Chief Mag. Judge Gold:

Per your order dated June 27, 2014 I write to inform the court that an Answer has not yet been filed.

Thank you,

*[signature]*
Micah Kwasnik

CC: Jennifer Konduru, Esq.
NYC Law Department
*Sent Via ECF*