# SPECIAL HAGAN, ESQ.
### Attorney at Law

196-04 Hollis Avenue
Saint Albans, New York 11412
(917) 337-2439
special@haganlawoffices.net

September 18, 2015

**VIA ECF**
Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:    Alkaifi v. City of New York, et. al.
14 CV 2680 (RJD)(SMG)

Dear Judge Gold:

As you are aware I have entered a "Notice to Appear" on behalf of individually named Defendant Eric Monk. Also as discussed, I am admitted to practice in the Eastern District of New York and have argued cases in this Court accordingly. However, I write to inform the Court that I have one pending matter against the City of New York. I am currently representing the plaintiff in Wilson v. City of New York, 12 CV 6024 (SLT)(LB) and want to notify the Court in the event that there is a conflict of interest.

Respectfully submitted,

/s/

Special Hagan, Esq.

cc:    Noreen Stackhouse, Esq.
       Jennifer Koduru, Esq.
       Micah Kwasnik, Esq.