UNITED STATES DISTRICT COURT
EASTERN NEW YORK

------------------------------------------------------------------------ X

ALI ALKAIFI,

                                        Plaintiff,

    -against-                                                                Index No.: 14-CV-2680
                                                                                                (RJD)(SMG)

THE CITY OF NEW YORK;

and                                                                                             **NOTICE OF MOTION**

New York City Police Department employees; POLICE OFFICER
SAMUEL MITHU and SEVERAL UNKNOWN JOHN DOES
and/or JANE DOES Nos. 1,2,3 etc… (whose identities are
unknown but who are known to be police officers and employees
of the CITY of NEW YORK);

and

New York City Police Department employees; Sgt.  Baronette,
Sgt./Lt. Singh, Sgt. Sudes and RICHARD ROE and JANE ROE
Nos. 1, 2, 3 etc…. (whose identities are unknown but who are
known to be Supervisory police officers and employees for the
CITY OF NEW YORK);

and

New York City Fire Department employee; FIRE PREVENTION
INSPECTOR ERIC MONK (an employee of the New York City
Fire Department and employee for the CITY of NEW YORK);

and

New York City Fire Department employees; JOHN JONES and
JANE JONES Nos. 1, 2, 3 etc… (whose identities are unknown
but who are know to be supervisory personnel of the New York
City Fire Department and employees for the CITY of NEW
YORK);

and

All of the above named individual Defendants are being sued both
individually and in their official capacities.


                                        Defendants.


------------------------------------------------------------------------ X

**PLEASE TAKE NOTICE**, that, upon this Memorandum of Law and upon all prior pleadings and proceedings had herein, Defendant Eric Monk ("Defendant") will move this Court before the Honorable Steven M. Gold, Chief Magistrate Judge, at the United States Courthouse for the Eastern Distrct of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, pursuant to rule 12(b)(6) of the Federal Rules of Civil Procedure, partially dismissing Plaintiff's amended complaint against Defendants, with prejudice, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to the Order of Honorable Seven M. Gold, dated February 12, 2016, opposition papers, if any shall be filed on or before March 4, 2016.

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to the Order of the Honorable Steven M. Gold, dated February 12, 2016, reply papers, if any, shall be filed on or before March 11, 2016.

Dated: Queens, New York
February 21, 2016

/s/
_____
Special Hagan, Esq.
Attorney for Eric L. Monk
Law Offices of Special Hagan
196-04 Hollis Avenue
Saint Albans, New York 11412
(917) 337-2439
special@haganlawoffices.net

TO:    VIA First Class Mail and ECF
       Noreen M. Stackhouse

Attorney for Defendants: City of New York;
Sgt. Sudes; P.O. Smithu; Sgt. Baronette;
Sgt./L.t. Singh; John and Jane Does Nos. 1,2, 3 etc;
Richard and/or Jane Roe Nos. 1, 2, 3 etc; John and Jane
Jones Nos. 1, 2, 3 etc.; Lt. Kahn; and David Franco, Deputy
Chief Inspector
100 Church Street
New York, NY 10007
(212) 356-2375
Fax: 212-788-9776
nstackho@law.nyc.gov


TO:    <u>VIA First Class Mail and ECF</u>
       Micah A. Kwasnik
       33-39 80th Street #22
       Jackson Heights, New York 11372
       (917) 533-6822
       Fax: 347-738-5502
       micahkwasnik@yahoo.com




Dated: Queens, New York