Re: Defendant Monk's Motion to Dismiss

From:     Micah Kwasnik <micahkwasnik@yahoo.com>
To:       Special <special@haganlawoffices.net>

Priority: Normal
Date      02-23-2016 01:08 PM

Good Afternoon Special,

I want to amend the dates my opposition and your reply are due on EDNY 14cv2680. Amend as follows -- my opp due 4/7 and your reply due 4/14. Stackhouse consents.

Thanks,

Micah Kwasnik, Esq.


On Monday, February 22, 2016 4:47 PM, Special <special@haganlawoffices.net> wrote:


Dear Micah and Noreen:

Attached please find an electronic copy of Defendant Monk's Motion to Dismiss pursuant to Rule 12(b)(6). Hard copies will be served upon you both by Wednesday.

Thank you,
Special

Special Hagan
Law Offices of Special Hagan, Esq.
196-04 Hollis Avenue
Saint Albans, New York 11412
p: (917) 337-2439
fax: (914) 462-4137

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.